**Reset Form**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| CNS INTERNATIONAL MINISTRIES, INC. | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) ) Case No. 2:21-cv-00065-RLW |
| JENNIFER TIDBALL | ) ) ) |
| Defendant(s). | ) |

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for CNS INT'L MINISTRIES, INC. hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):
   None.

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
   None.

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
   None.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ Brad L. Blake
Signature (Counsel for Plaintiff/~~Defendant~~)
Print Name: Brad L. Blake
Address: 13421 Manchester Road, Suite 105
City/State/Zip: St. Louis, Missouri
Phone: (314) 725-1600

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by ~~mail, by hand delivery, or by~~ electronic notice) on all parties on: October 14, 2021.

/s/ Brad L. Blake
Signature