UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CNS INTERNATIONAL MINISTRIES, INC., a/k/a/ "Heartland," on behalf of itself and its members,<br><br>       Plaintiff,<br><br>vs.<br><br>JENNIFER TIDBALL, in her individual capacity and official capacity as Acting Director of the Missouri Department of Social Services,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:21-cv-00065-RLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE OF TIMOTHY BELZ
AS CO-COUNSEL FOR PLAINTIFF**

Timothy Belz, admitted to practice in this Court, enters his appearance as co-counsel for Plaintiff. The required information appears in the signature block below, and is incorporated herein by reference.

Respectfully submitted,

OTTSEN, LEGGAT AND BELZ, L.C.

/s/ Timothy Belz
Timothy Belz #MO-31808
112 South Hanley, Second Floor
St. Louis, Missouri 63105-3418
Phone: (314) 726-2800
Facsimile: (314) 863-3821
tbelz@olblaw.com

Attorney for Plaintiff
CNS International Ministries, Inc.

2

## Certificate of Service

The undersigned hereby certifies that the foregoing document was served on all registered parties on this 27th day of October, 2021 using the Court's online filing system.

/s/ Timothy Belz