IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CNS INTERNATIONAL MINISTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT KNODELL, Acting Director of the ) <br> Missouri Department of Social Services, ) <br> ) <br> Defendant. ) | Case No. 2:21-CV-65 RLW |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ROBERT KNODELL IN HIS INDIVIDUAL CAPACITY ONLY**

Plaintiff CNS International Ministries, Inc. and Defendant Robert Knodell stipulate to the dismissal without prejudice of Plaintiff's claims against him in his individual capacity. The claims against Defendant Knodell in his official capacity as Acting Director of the Missouri Department of Social Services are not dismissed.

So stipulated this 17th day of March, 2022.

Respectfully submitted,

OTTSEN, LEGGAT AND BELZ, L.C.

By: /s/ *Timothy Belz*
Timothy Belz  #MO-31808
112 South Hanley, Second Floor
St. Louis, Missouri 63105-3418
Phone: (314) 726-2800
Facsimile: (314) 863-3821
tbelz@olblaw.com

and

        Brad L. Blake #MO-38340
        Fellows & Blake, L.L.C.
        13421 Manchester Road, Suite 105
        St. Louis, Missouri 63131
        Phone: (314) 725-1600
        Facsimile: (314) 725-1609
        bblake@fellowsblakelaw.com

        Attorneys for CNS International Ministries, Inc.


        ERIC S. SCHMITT
        Attorney General

        /s/ *Emily A. Dodge*
        Emily A. Dodge, Mo Bar #53914
        Assistant Attorney General
        P.O. Box 899
        Jefferson City, MO  65102-0899
        Tel: (573) 751-7344
        Fax: (573) 751-9456
        Email: Emily.Dodge@ago.mo.gov

        Attorney for Defendant


## Certificate of Service

The undersigned hereby certifies that the foregoing document was served on all registered parties on this 17th day of March 2022 using the Court's online filing system.

        /s/ Timothy Belz