# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| CNS INTERNATIONAL MINISTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 2:21-CV-65 RLW |
| ROBERT KNODELL, Acting Director of Missouri Department of Social Services, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File its First Amended Complaint (ECF No. 19) is **GRANTED**. The Clerk of the Court shall detach and docket the First Amended Complaint, which was submitted as an attachment to the Motion for Leave. Defendant shall file his answer to the First Amended Complaint within the time permitted by the Federal Rules.

**IT IS FURTHER ORDERED** that the Stipulation of Dismissal without prejudice as to Defendant Robert Knodell in his Individual Capacity Only (ECF No. 20) is **GRANTED**.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of March, 2022.