# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| CNS INTERNATIONAL MINISTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT KNODELL, )<br>)<br>Defendant, )<br>) | Case No. 2:21cv65 RLW |

## ORDER

In this action, Plaintiff seeks declaratory and injunctive relief against implementation and enforcement of portions of a new Missouri statute (House Bills 557 and 560) and enabling regulations issued by Missouri's Department of Social Services. (First Amended Complaint, ECF No. 23, ¶1). On April 13, 2022, Defendant filed a Motion for Judgment on the Pleadings. (ECF No. 26). While that motion remained pending, both sides filed Motions for Summary Judgment (ECF Nos. 50, 53, 59, 62) on November 7, 2022. Given the complexity of this case, the Court will deny the Motion for Judgment on the Pleadings (ECF No. 26), without prejudice, and instead will review the case on the full record pursuant to the Motions for Summary Judgment. *See Goodwin v. Hughes*, No. 4:19CV3114, 2022 WL 1156318, at *4 (D. Neb. Apr. 19, 2022) ("Because the court has not yet ruled on Defendants' pending Motion to Dismiss and/or Motion for Judgment on the Pleadings (filing 69) and Defendants' summary judgment motion is potentially dispositive of Plaintiff's claims against Defendants, the court will deny the pending Motion to Dismiss and/or Motion for Judgment on the Pleadings as moot in favor of ruling on the dispositive summary judgment motion.").

**IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings (ECF No. 26) is **DENIED** without prejudice.

Dated this 30th day of December, 2022.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE