IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CNS INTERNATIONAL MINISTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT KNODELL, Acting Director of the ) <br> Missouri Department of Social Services, ) <br> ) <br> Defendant. ) | Case No. 2:21-CV-65 RLW |

## DECLARATION OF MARY SHAMBRO

I, Mary Shambro, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. On September 6, 2023, I sent the attached email to the Missouri Department of Social Services (DSS) requesting the list of License Exempt Residential Care Facilities (LERCFs) which are in compliance with the requirements of sections 210.1250–210.1286, RSMo, and DSS regulations.

2. On September 11, 2023, DSS sent the attached response which contained a link to the list. That list, which is referred to in the aforesaid link as "license-exempt residential care facility notification compliance listing," is also attached hereto. It was printed from the link on September 22, 2023.

## VERIFICATION

Declaration of Mary Shambro in Lieu of Affidavit pursuant to 28 U.S.C. § 1746:

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed September 22, 2023.

_____
Mary Shambro



PLAINTIFF'S EXHIBIT 3

Ottsen, Mauze, Leggat & Belz, L.C. Mail - Fwd: Request for list of license exempt residential care facilities
9/22/23, 10:13 AM

 Gmail

Belz, Timothy <tbelz@olblaw.com>

## Fwd: Request for list of license exempt residential care facilities

**Mary Shambro** <mshambro8@gmail.com>  Fri, Sep 22, 2023 at 9:33 AM
To: tbelz@olblaw.com, jmbelz@olblaw.com

---------- Forwarded message ---------
From: **Mary Shambro** <mshambro8@gmail.com>
Date: Wed, Sep 6, 2023 at 10:30 AM
Subject: Request for list of license exempt residential care facilities
To: <CD.NotifyRPU@dss.mo.gov>

Please send me the list of License Exempt Residential Care Facilities (LERCFs) which are in compliance with the requirements of sections 210.1250– 210.1286, RSMo, and your regulation as stated in 13 CSR 35-71.300.

Thank you,
Mary

From: **CD NOTIFYRPU** <CD.NOTIFYRPU@dss.mo.gov>
Date: Mon, Sep 11, 2023 at 11:57 AM
Subject: RE: Request for list of license exempt residential care facilities
To: Mary Shambro <mshambro8@gmail.com>

https://dss.mo.gov/provider-services/children/residential-program/license-exempt/index.htm

Please see this link to the License Exempt listing. Please let me know if you have further questions.

Jennifer Richter, MSW, LCSW
Residential Licensing Manager
Department of Social Services
149 Park Central Square, 9th Floor
Springfield, MO  65801
Phone: 573-690-1383
Jennifer.b.richter@dss.mo.gov

# License-Exempt Residential Care Facilities

> **IMPORTANT:** On July 14, 2021 Governor Parson **signed into law HB557** (https://www.house.mo.gov/billtracking/bills211/hlrbillspdf/1354S.04T.pdf). All license-exempt facilities must **register** (http://dss.mo.gov/provider-services/children/residential-program/license-exempt/index.htm) with DSS. According to **13 CSR 35-71.015** (https://www.sos.mo.gov/cmsimages/adrules/csr/current/13csr/13c35-71.pdf), all licensed and license-exempt residential care facilities and child placing agencies must ensure that **background checks** (http://dss.mo.gov/provider-services/children/residential-program/background-checks/index.htm) on all new and current employees have been completed by March 31, 2022, unless the facility or agency has received an **approved extension** (../../docs/background-screenings-extensions-memo.pdf) attached prior to the deadline.

## What is a license-exempt residential care facility?

A license-exempt residential care facility provides 24 hour care in a group setting to children who are unrelated to the person operating the facility and who are unattended by a parent or guardian and who qualify for an **exemption to licensure** (https://revisor.mo.gov/main/OneSection.aspx?section=210.516). You may be a license-exempt residential care facility if you are one of the following:

- A religious-based institution
- An institution run by the state or county
- An educational program where children stay overnight
- An entity offering a sleep-away camp to children (ex. summer camp, scouts, etc.)

To find out if your license-exempt residential care facility is required to file a notification with the Children's Division, please read **13 CSR 35-71.300** (https://www.sos.mo.gov/cmsimages/adrules/csr/current/13csr/13c35-71.pdf).

**NOTE:** Agencies providing residential treatment for children and youth and child placing agencies that provide foster home and/or adoption services must be licensed by CD.

## Are background checks required?

According to **13 CSR 35-71.015** (https://www.sos.mo.gov/cmsimages/adrules/csr/current/13csr/13c35-71.pdf), licensed-exempt residential care facilities which were in operation on July 14, 2021, must ensure background checks are complete by March 31, 2022, unless the facility or agency has received an **approved extension** (../../docs/background-screenings-extensions-memo.pdf) before the deadline to comply with Missouri law.

**Background checks** (http://dss.mo.gov/provider-services/children/residential-program/background-checks/index.htm) must be completed on anyone in the facility who has access to children. This includes employees (including owners, managers, and support staff, etc.), officers, contractors, and volunteers.

## How to notify DSS

License-exempt facilities must notify DSS of their presence in Missouri and other organization specific information related to their intent to serve children. If you have any issues completing the steps below, you can email **CD.NotifyRPU@dss.mo.gov** (mailto:CD.NotifyRPU@dss.mo.gov) and ask that an application be mailed to you.

### 1 Complete Form

To notify DSS, carefully read and answer all the questions on the **notification form** (https://formsportal.dss.mo.gov/content/forms/af/moa/my-dss/childrens-division/cd---license-exempt-rcfn/licenseexemptrcfn.html).

[ Notification Form ] (https://formsportal.dss.mo.gov/content/forms/af/moa/my-dss/childrens-division/cd---license-exempt-rcfn/licenseexemptrcfn.html)

### 2 Upload

- When prompted, upload copies of the required documents.
- After your documents are uploaded, submit the form.
- You will receive a confirmation email that we have received your form.

### 3 Background Check

Anyone who has access to children (per **13 CSR 35-71.015** (https://www.sos.mo.gov/cmsimages/adrules/c71.pdf)) must complete a background check and register with the Family Care Safety Registry.

[ Complete Check ] (../background-checks/index.htm)

## Which license-exempt residential care facilities have completed the notification process?

Please view our **license-exempt residential care facility notification compliance listing** (../../docs/cd-license-exempt-agencies.pdf) to see which facilities have already successfully completed the notification process with the Department of Social Services per the notification requirements of 210.1250 - 210.1286 RSMo. Pursuant to Section 210.150.2 RSMo, any person may contact the Division to inquire whether a substantiated finding of child abuse or neglect exists for a specific child-placing agency or residential-care facility. To do this, please fill out and submit a **Facility Prior History Request** (https://dss.mo.gov/cd/info/forms/pdf/cd306.pdf).

## Questions?

If you need more information or have additional questions, please review the **Notification FAQs** (../../docs/Notification FAQs.pdf) or email **CD.NotifyRPU@dss.mo.gov** (mailto:CD.NotifyRPU@dss.mo.gov) for help.

### More Information

- **Background Checks FAQ**     (../../docs/Background Check FAQs.pdf)
- **Notification Process FAQs**    (../../docs/Notification FAQs.pdf)
- **24/7 Missouri: Helping Businesses Navigate Government** (https://openforbiz.mo.gov/)
- **Resources for Professionals & Stakeholders** (http://dss.mo.gov/cd/professional-stakeholders-resources.htm)
- **Child Welfare Manual** (https://dssmanuals.mo.gov/child-welfare-manual/child-welfare-manual-2019-update/)

### Report a Concern

**Child Abuse or Neglect** (http://dss.mo.gov/cd/keeping-kids-safe/can.htm)
800-392-3738    (tel:800-392-3738)

**School Violence** (https://www.mshp.dps.missouri.gov/MSHPWeb/Courage2ReportMO/index.html)
866-748-7047    (tel:866-748-7047)

**Human Trafficking**    (https://humantraffickinghotline.org/)
888-373-7888    (tel:888-373-7888)

License Exempt Residential Care Facility Notification Listing

## Children's Division - License Exempt Agencies

| Agency Name | Physical Address | Mailing Address (if different) | Director | Fire Inspection | Health Inspection |
|---|---|---|---|---|---|
| Whetstone Boys Ranch | 6850 CR 2660, Mountain View, MO 65548 | | Jeremy Thompson | N/A | Yes |
| Ozarks Teen Challenge | 512 Purist Lane, Branson West, MO 65737 | | Lowlan Breaux | Yes | Yes |
| Teen Challenge- Kansas City Academy | 5506 Cambridge Ave, Kansas City, MO 64129 | | Alan Biggers | Yes | Yes |
| Shiloh Christian Children's Ranch | 601 N. Center St., Shelbina, MO 63468 | P.O Box 606, Shelbina, MO 63468 | Mark Adkison | Yes | Not Required |
| Show-Me Christian Youth Home (SMC) | 24302 Mahin Rd, LaMonte, MO 65337 | P.O. Box 6, LaMonte, MO 65337 | Chad Puckett | Yes | Yes |
| SMC - Knob Noster Unit | 186 NE Hwy 23, Knob Noster, MO 65336 | | Chad Puckett | Yes | Yes |
| SMC-Hubble Home Galt Unit | 970 NE 10th St, Galt, MO 64641 | | Chad Puckett | Yes | Yes |
| SMC-Drysdale Campus | 19314 Jones Creek Rd, Barnett, MO 65011 | | Chad Puckett | Yes | Yes |
| SMC-Mayview New Life Unit | 13279 Heth Mound Rd, Mayview, MO 64071 | | Chad Puckett | Yes | Yes |
| Future Men | 3278 Deer Ln., Kirbyville, MO 65679 | 2000 Deer Ln., Kirbyville, MO 65679 | Aaron Boldman | Yes | Not Required |
| Master's Ranch-Jr. High School Boys | 287 County Road 275 Myrtle, MO 65778 | P.O. Box 709, Myrtle, MO 65778 | Ken Tombley | Not Required | Not Required |
| Master's Ranch-High School Boys | 1669 HWY KK, Couch, MO 65690 | P.O. Box 709, Myrtle, MO 65778 | Ken Tombley | Not Required | Not Required |
| Link Academy-Kanakuk | 1345 Lake Shore Dr., Branson, MO 65616 | 1353 Lake Shore Dr., Branson, MO 65616 | Adam Donyes | Yes | Yes |
| Lives Under Construction | 296 Boys Ranch Road, Lampe, MO 65681 | | Ken Ortman | Yes | Yes |
| Principia- Aron House and Canfield House | 13201 Clayton Rd. St. Louis MO 63131 | | Percy (Bud) Martin II | Yes | Yes |
| Thomas Jefferson School | 4100 S. Lindbergh Blvd., St. Louis MO 63127 | | Jane Roth | Yes | Yes |
| Sunnydale Adventist Academy | 6818 Audrain Road 9139, Centralia, MO 65240 | | Gary Russell | Not Required | Yes |
| ABM Ministries Inc. | 299 Wayne 459, Piedmont, MO 63957 | PO Box 100, Piedmont, MO 63957 | Julio Sandoval | N/A | N/A |
| TEAM Boys Ranch | 684 E Dade 74, Dadeville, MO 65635 | | Amos Yutzy | Yes | Yes |
| Saint Paul Lutheran High School, Incorporated | 205 South Main Street, Concordia, MO 64020 | PO box 79, Concordia, MO 64020 | Reverend Paul M Mehl | Not required | Yes |
| Harvest Foundation-Anchor Academy | 705 Vanduser Street, Vanduser, MO 63784 | PO Box 124, Vanduser, MO 63784 | Dennis McElwrath | N/A | Not Required |
| St. Nicholas Academy | 1310 Edgewood Dr, Jefferson City, MO 65109 | | Michaela Newell | Yes | Not Required |
| Vision Boys Academy | 677 Jewel Road, Sarcoxie, MO 64862 | | Shawn Parker | Not required | Yes |
| Missouri Military Academy | 204 North Grand, Mexico, MO 65265 | | Richard Geraci | Yes | Yes |
| Chaminade College Preparatory School | 425 S. Lindbergh Blvd. St. Louis, MO 63131 | | Jim Chrismer | Yes | Yes |
| Monte Nido Affiliates aka Clementine | 7190 Christopher Drive, St. Louis, MO 63129 | | Candance Henderson | Yes | Not Required |
| Cottonwood Residential Treatment Center | 2852 Independence St, Cape Girardeau 63703 | 402 S Silver Springs Rd, Cape Girardeau, MO 63 | Wendy Ice | Yes | Yes |
| McCallum Place | 231 W. Lockwood Avenue, St. Louis, MO 63119 | | Nicole Morgan | Yes | N/A |
| KVC-Springfield | 1212 W. Lombard, Springfield, MO 65806 | | Anne Tucker | Yes | Yes |
| KVC-Columbia | 4304 S. Bearfield Rd. Columbia, MO. 65201 | | Travis Hood | Yes | Yes |
| Stone of Help | 12860 E 1430 Road, Stockton, MO 65785 | | Jason Derksen | Yes | Not Required |
| St. Lukes Hospital of Kansas City-dba Crittenton Children's Center | 10918 Elm Ave, Kansas City, MO 64134 | | Julie Mitchell | Yes | Yes |

*Provided and maintained pursuant to 210.1280
** N/A denotes pursuant to 13 CSR 35-71.300 the LERCF has provided documentation that an inspection is not available in their jurisdiction OR the LERCF has submitted a statement advising the LERCF is unable, after exercising diligent efforts, to obtain an inspection certification in their jurisdiction.