IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CNS INTERNATIONAL MINISTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-CV-65 RLW |
| | ) |
| ROBERT KNODELL, Acting Director of the | ) |
| Missouri Department of Social Services, | ) |
| | ) |
| Defendant. | ) |

**CONSENT REQUEST FOR ONE-WEEK EXTENSION
FOR FILING REMAINING BRIEFS**

Plaintiff, CNS International Ministries, Inc., respectfully requests a one-week extension for the parties to file the remaining summary judgment briefs, which are the opposition briefs and any reply briefs. In support thereof, Plaintiff states:

1. The Court's order of December 4, 2023 (Doc. 90) called for the opposition briefs to be filed by April 4, 2024 and any reply briefs to be filed by April 18, 2024.

2. This request respectfully asks that opposition briefs be filed by April 11, 2024 and any reply briefs be filed by April 25, 2024, a one-week extension.

3. Plaintiff has encountered scheduling difficulties because of unavailability of attorneys due to spring break, family trips, medical procedures and conflicting case schedules.

4. Defendant consents to this request.

WHEREFORE, Plaintiff, CNS International Ministries, Inc., respectfully requests a one-week extension for the parties to file the remaining summary judgment briefs, which are the opposition briefs and any reply briefs.

        Respectfully submitted,

        OTTSEN, LEGGAT AND BELZ, L.C.


By: /s/ Timothy Belz
    Timothy Belz  #MO-31808
    112 South Hanley, Second Floor
    St. Louis, Missouri 63105-3418
    Phone: (314) 726-2800
    Facsimile: (314) 863-3821
    tbelz@olblaw.com

and

Brad L. Blake #MO-38340
Fellows & Blake, L.L.C.
13421 Manchester Road, Suite 105
St. Louis, Missouri 63131
Phone: (314) 725-1600
Facsimile: (314) 725-1609
bblake@fellowsblakelaw.com

Attorneys for CNS International Ministries, Inc.

## Certificate of Service

The undersigned hereby certifies that the foregoing document was served on all registered parties on this 1st day of April, 2024 using the Court's online filing system.

/s/ Timothy Belz