# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| CNS INTERNATIONAL MINISTRIES, INC., | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:21-CV-65 HEA ) |
| JESSICA BAX, *in her official capacity as Acting Director of the Missouri Department of Social Services*, | ) ) ) ) ) ) |
| Defendant. | ) |

## ORDER OF PARTIAL DISMISSAL AND JUDGMENT

In accordance with the Opinion, Memorandum, and Order of today's date, and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiff CNS International Ministries, Inc.'s procedural due process claims in Counts III and VII of the Second Amended Complaint are **DISMISSED without prejudice** for lack of standing.

**IT IS FURTHER ORDERED** that Plaintiff CNS International Ministries, Inc.'s Fourth Amendment claims in Count VI of the Second Amended Complaint are **DENIED as moot**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant Jessica Bax, in her official capacity as

Acting Director of the Missouri Department of Social Services, and against Plaintiff CNS International Ministries, Inc., as to Counts I, II, IV, and V of the Second Amended Complaint.

Dated this 3rd day of March, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE